UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R &D CONTRACTING, L.L.C.,

   Plaintiff,      Case No.  03-71244

v.             District Judge Arthur J. Tarnow
              Magistrate Judge R. Steven Whalen
TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY,

   Defendant/Counter-Plaintiff,

v.

R & D CONTRACTING, L.L.C.,

   Counter-Defendant,

v.

ROBERT PASEK, SUSANNE DEGEORGE,
WENDY T. LEWIS, as Trustee of the
Bankruptcy Estate of Robert DeGeorge and
RONALD DEGEORGE, as Personal
Representative of he Estate of Robert DeGeorge,

   Counter-Defendants via Interpleader.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTION TO COMPEL

  Upon Defendant/Counter-Plaintiff's written request to withdraw its Motion filed with the Court on October 13, 2005, and the Court being fully advised in the

premises;

IT IS HEREBY ORDERED that Defendant/Counter-Plaintiff's Motion to Compel Production of Documents by the Detroit Police Department [filed 8/25/05] [document #28] is hereby dismissed.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 13, 2005.

        s/Gina Wilson
        Judicial Assistant